UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: NIFEDIPINE ANTITRUST LITIGATION | Civil Action No. 1:03MS00223 (RJL) MDL No. 1515 |
| This Document Relates to: Case No. 1:06CV00532 (RJL) MAXI DRUG, INC., d/b/a BROOKS PHARMACY, Plaintiff, vs. BIOVAIL CORPORATION, 7150 Mississauga Road, Mississauga, Ontario L5N 8M5; BIOVAIL TECHNOLOGIES, LTD., 700 Route 202/206, Bridgewater, NJ 08807; ELAN CORPORATION, PLC; ELAN PHARMACEUTICAL RESEARCH CORPORATION; and TEVA PHARMACEUTICALS USA, INC., Defendants. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the D.C. Local Rules of Civil Procedure, we, the undersigned counsel of record for Defendants Biovail Corporation and Biovail Technologies. Ltd. ("Biovail Defendants"), certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Biovail Defendants which have any outstanding securities in the hands of the public.

Biovail Corporation, parent company of Biovail Technologies, Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: May 23, 2006

PROSKAUER ROSE LLP

By: _____/s/_____
Ronald S. Rauchberg
Steven E. Obus
Scott A. Eggers
Stefanie S. Kraus
Anthony T. Wladyka, III

1585 Broadway
New York, New York  10036-8299
(212) 969-3000

and

By: _____/s/_____
Robert M. Bernstein (D.C. Bar No. 490166)

1001 Pennsylvania Ave., NW
Suite 400 South
Washington, DC 20004
(202) 416-6800

*Attorneys for Defendants*
*Biovail Corporation and*
*Biovail Technologies, Ltd.*