UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: NIFEDIPINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>MAXI DRUG, INC., d/b/a BROOKS PHARMACY,<br><br>                      Plaintiff,<br>v.<br><br>BIOVAIL CORPORATION, BIOVAIL TECHNOLOGIES, LTD., ELAN CORPORATION, PLC, ELAN PHARMACEUTICAL RESEARCH CORPORATION, and TEVA PHARMACEUTICALS USA, Inc.,<br><br>                      Defendants. | Civil Action Number<br>1:03MS00223 (RJL)<br>MDL No. 1515<br><br>Civil Action No. 1:06CV00532<br>RJL (D.D.C.) |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The undersigned, counsel of record for Teva Pharmaceuticals USA, Inc., certifies that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Teva Pharmaceuticals, Inc. which have any outstanding securities in the hands of the public:

        Teva Pharmaceutical Industries Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

- 2 -

Attorney of Record for Teva
Pharmaceuticals USA, Inc.

*/s/ Theodore C. Whitehouse*
Theodore C. Whitehouse (# 298331)
Randy J. Branitsky (# 435412)
Benjamin W. Jackson (# 490797)

WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.: 202-303-1000
Fax: 202-303-2000