UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE NIFEDIPINE ANTITRUST LITIGATION | Master Docket No.<br>1:03MS00223 (RJL)<br>MDL No. 1515<br>Hon. Richard J. Leon, U.S.D.J. |
| THIS DOCUMENT RELATES TO:<br><br>*Maxi Drug* (1:06cv532) | |

**NOTICE OF SERVICE OF**
**PLAINTIFF'S RESPONSES TO DEFENDANTS' INTERROGATORIES**
**TO PLAINTIFF MAXI DRUG, INC. D/B/A BROOKS PHARMACY**

Plaintiff Maxi Drug, Inc. d/b/a Brooks Pharmacy ("Plaintiff") hereby gives notice of serving its responses to Defendants' Interrogatories to Plaintiff Maxi Drug, Inc. d/b/a Brooks Pharmacy.

Dated: February 15, 2007

Respectfully submitted,

s/ Scott E. Perwin
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131-4327
Tel.: (305) 373-1000
Fax: (305) 372-1861
*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by United States mail on February 15, 2007, upon all counsel on the attached service list.

s/ Scott E. Perwin
Scott E. Perwin

286524.1

# SERVICE LIST
## *In re: Nifedipine Antitrust Litigation*
### Civil Action No. 1:03 MS00223 (RJL)

SHERMAN ACT CLASS ACTIONS CO-LEAD COUNSEL

Richard N. Kaplan, Esq.
Richard Kilsheimer, Esq.
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212)587-1980
Facsimile: (212)687-7714

Dianne M. Nast, Esq.
Erin C. Burns, Esq.
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717)892-3000
Facsimile: (717)892-1200

Bruce E. Gerstein, Esq.
Scott W. Fisher, Esq.
Brett Cebulash, Esq.
GARWIN, BRONZAFT, GERSTEIN & FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

EXECUTIVE COMMITTEE (Co-Lead Counsel above) and:

Daniel Berger, Esq.
David Sorensen, Esq.
BERGER & MONTAGUE
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

END-PAYOR PURCHASER CLASS ACTIONS CO-LEAD COUNSEL:

Michael D. Hausfeld, Esq.
Mary N. Strimel, Esq.
Richard A. Koffman, Esq.
Robert J. Wozniak, Esq.
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202)408-4600
Facsimile: (202)408-4699

Linda P. Nussbaum, Esq.
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
825 Third Avenue, 30th Floor
New York, NY 10022
Telephone: (212)838-7797
Facsimile: (212)838-7745

Joseph R. Saveri, Esq.
Eric B. Fastiff, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111
Telephone: (415)956-1000
Facsimile: (415)956-1008

SHERMAN ACT NON-CLASS ACTIONS:

Joseph Lukens, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square - 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
Facsimile: (215) 568-0300
*Attorneys for the CVS Meridian Plaintiffs*

Richard Alan Arnold, Esq.
Scott E. Perwin, Esq.
Lauren C. Ravkind, Esq.
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., 1100 Miami Center
Miami, FL 33131-4327
Telephone: (305)373-1000
Facsimile: (305)372-1861
*Attorneys for the Walgreen Plaintiffs*

*In re: Nifedipine Antitrust Litigation*
**Civil Action No. 1:03 MS00223 (RJL)**

DEFENDANTS' COUNSEL OF RECORD:

Ronald S. Rauchberg, Esq.
Stefanie Kraus, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone: (212)969-3000
Facsimile: (212)969-2900

    -and-

Robert M. Bernstein, Esq. (D.C. Bar No. 490166)
Thomas H. Brock, Esq. (D.C. Bar No. 939207)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 - South
Washington, D.C. 20004-2533
Telephone: 202-416-6800
Facsimile: 202-416-6899
*Attorneys for Biovail Corp. and Biovail Technologies, Ltd.*

Theodore C. Whitehouse, Esq.     (D.C. Bar 298331)
Randy J. Branitsky, Esq.     (D.C. Bar 43541)
WILLKIE FARR & GALLAGHER
1875 K Street, N.W.
Washington D.C. 20006-1238
Telephone: (202)303-1000
Facsimile: (202)303-2000
*Attorneys for Teva Pharmaceuticals Industries, Ltd., Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals, USA*

Paul H. Friedman, Esq.
Terri L. Bowman, Esq.
DECHERT LLP
1775 I Street, N.W.
Washington, DC 20006-2401
Telephone: (202) 261-3300
Facsimile:  (202) 261-3333
*Attorneys for Elan Corp., PLC and Elan Pharmaceutical Research Corp.*

164939.1

2